DELBERT LODDY, APPELLANT, v. THE STATE OF NEVADA, RESPONDENT.

No. 6740

July 19, 1972                                498 P.2d 1341

*Gary A. Sheerin,* Public Defender, of Carson City, for Appellant.

*Robert List,* Attorney General; *Mark C. Scott, Jr.,* District Attorney, Elko County, for Respondent.

## OPINION

*Per Curiam:*

Convicted of receiving stolen property in violation of NRS 205.275, appellant's principal assignment of error is that there was a break in the "chain of custody" of corpus of the theft,

between the time it was recovered and the time it was introduced into evidence at appellant's trial. In the facts of this case, we believe the chain of custody was adequately established. Cf. Eisentrager v. State, 79 Nev. 38, 378 P.2d 526 (1963).

Other assignments of error are equally without merit.

Affirmed.